Priority
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ENTERED CLERK, U.S. DISTRICT COURT OCT 1 - 2001 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

FILED CLERK, U.S. DISTRICT COURT SEP 28 2001 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

U.S.A.,

    Plaintiff

vs

BP AMERICA, INC.,

    Defendants.

CV95-1229 RJK(EEx)

CV 95-1229 RJK(EEx)

DISMISSAL BY COURT FOR FAILURE TO COMPLY WITH LOCAL RULES AND FEDERAL RULES OF CIVIL PROCEDURE

WHEREAS, on March 5, 1997, an order of Consent Decree was issued by the Court, with the Court retaining jurisdiction;

WHEREAS, on August 9, 2001, the Court issued an Order to Show Cause why this action should not be closed for lack of prosecution;

A response to the Order to Show Cause was to be filed and served no later than August 27, 2000. As of today's date, no such response has been received by this Court;

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action is dismissed **WITHOUT PREJUDICE** for the parties' failure to comply with the Local Rules, Federal Rules of Civil Procedure, and orders of this Court.

DATED: SEP 28 2001

_Robert J. Kelleher_
ROBERT J. KELLEHER
U.S. DISTRICT COURT JUDGE